*Messrs. Albert M. Levert* and *John Thomas Smith* for respondents.

No. 441. BECK *v.* NEW YORK. January 4, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Appeals of New York denied. *Diana Beck, pro se. Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, for respondent.

No. 565. KERR *v.* JOHNSTON, WARDEN. January 4, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George H. Hauerken* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 538. PADGETT *v.* BENSON, WARDEN. January 4, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *William H. Padgett, pro se.*

No. 543. SEALE *v.* HUNT, WARDEN. January 4, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied. *W. H. Seale, pro se.*

No. 562. ROSKOS *v.* UNITED STATES. January 4, 1943. Motion for leave to proceed *in forma pauperis* granted.